UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cesar Caballero, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Michael Williams, et al., <br><br> Defendants. | No. 2:21-cv-00638-KJM-CKD <br><br> ORDER |

Plaintiffs Cesar Caballero and the Miwok Nation move to proceed *in forma pauperis*. *See* Caballero Mot., ECF No. 3; Miwok Nation Mot., ECF No. 4. **Mr. Caballero's motion is granted**. The affidavit filed with his motion shows that he cannot pay court costs while affording the "necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948). He states under penalty of perjury that he has no income and no assets. **The Miwok Nation's motion is denied**. "[O]nly a natural person may qualify for treatment *in forma pauperis* under [28 U.S.C.] § 1915." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 196 (1993). This order resolves ECF Nos. 3 and 4.

IT IS SO ORDERED.

DATED: April 20, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1