1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cesar Caballero, et al., | No. 2:21-cv-00638-KJM-CKD |
| Plaintiffs, | ORDER |
| v. | |
| Michael Williams, et al., | |
| Defendants. | |

The plaintiffs have dismissed this action voluntarily under Rule 41. ECF No. 25. That dismissal is effective without a court order because no opposing party has served an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The order to show cause at ECF No. 24 is therefore **discharged**, and the motions to intervene and consolidate at ECF Nos. 9, 10, 11, and 23 are **denied as moot**. *See United States v. Ford*, 650 F.2d 1141, 1143 (9th Cir. 1981) ("Since there is no longer any action in which [the proposed intervenor] can intervene, judicial consideration of the question would be fruitless."); *Melamed v. Blue Cross of California*, No. 11-4540, 2012 WL 122828, at *7 (C.D. Cal. Jan. 13, 2012) (denying a motion to consolidate as moot following dismissal under Rule 41(a)), *aff'd*, 557 F. App'x 659 (9th Cir. 2014). The clerk's office is directed to **close this case**.

IT IS SO ORDERED.

DATED: August 18, 2021.

CHIEF UNITED STATES DISTRICT JUDGE